# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2023-1824
LT Case No. 2022-CA-000138

_____

JOSHUA S. OKEN,

Appellant,

v.

CITRUS COUNTY SCHOOL BOARD,

Appellee.

_____

On appeal from the Circuit Court for Citrus County.
Caroline Falvey, Judge.

Todd W. Vraspir, of The Vraspir Law Firm, P.A., for Appellant.

J. David Marsey, and Derek M. Dzwonkowski, of Rumberger, Kirk & Caldwell, P.A., Tallahassee, for Appellee.

May 7, 2024

PER CURIAM.

AFFIRMED.

MAKAR, HARRIS, and KILBANE, JJ., concur.

––––––––––––––––––––––––

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

––––––––––––––––––––––––